UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
      -against-                  :     09 Cr. 557(WHP)
                                     :     <u>Order</u>
Jose Marrero,                        :
               Defendant.       :
------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      In view of Judge Caproni's grant of compassionate release for defendant Jose Marrero under docket number 16 Cr. 358 (VEC), this Court grants Mr. Marrero's application for compassionate release. Mr. Marrero's term of incarceration is reduced to time served, to be followed by 30-months of post-release supervision to be served concurrently with the supervision imposed under docket 16 Cr. 358 (VEC).

Dated: December 16, 2020
       New York, New York

                          SO ORDERED:

                          _____
                          WILLIAM H. PAULEY III
                          U.S.D.J.